# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, J.S. SMITH**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### RICHARD D. MOORE
### CULINARY SPECIALIST SEAMAN (E-3), U.S. NAVY

### NMCCA 201500255
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 28 April 2015.
**Military Judge**: CAPT A.H. Henderson, JAGC, USN.
**Convening Authority**: Commander, Submarine Squadron 11, San Diego, CA.
**Staff Judge Advocate's Recommendation**: LT P.H. Thompson, JAGC, USN.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**22 December 2015**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court